# United States Court of Appeals
## For the First Circuit



2:07-CV-00046-
DBH
J. Hornby

Nos. 08-2588, 09-1017

ALEXANDER G. BALDWIN,

Plaintiff, Appellant/Cross-Appellee,

v.

JOHN W. BADER; STEVEN P. BOULET; MICHAEL L. BROUSSEAU;
SCOTT F. HALL; ROGER H. POULIN; JOHN A. POWELL,

Defendants, Appellees/Cross-Appellants.

### JUDGMENT

Entered: October 19, 2009

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. Each side shall bear its own costs on this appeal.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 11/10/9

By the Court:

/s/ Margaret Carter, Chief Deputy Clerk

cc: Mr. Marcus, Mr. Bals, Mr. Johnson, Mr. McDonald & Mr. Small.