## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ALEXANDER G. BALDWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.: 2:07-cv-00046-DBH |
| | ) | |
| JOHN W. BADER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The original surety bond in this matter having been returned to Defendants as referenced in docket entry 123 and the parties having filed a Satisfaction of Judgment, the surety bond in this matter is discharged.

Date:  January 27, 2010            /s/ D. Brock Hornby
                                    D. Brock Hornby,
                                    U.S. District Judge